# ALVIN K. HELLERSTEIN
# UNITED STATES DISTRICT JUDGE
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# 500 PEARL STREET
# NEW YORK, NY 10007-1581
# (212) 805-0152

TO: Concerned Parties

FROM: Brigitte Jones, Courtroom Deputy     Date: 3/24/2020
        by Order of Judge Alvin K. Hellerstein

William H. Jennings, II v. Hunt 18 Civ. 1793 (AKH)

The status conf. previously set for April 3, 2020 is hereby adjourned.

You are hereby notified that you are required to appear for a status conf.

       Date : June 26 , 2020
       Time: 10:00 am
       Place: U.S. Courthouse - Southern District of New York
            500 Pearl Street
            Courtroom 14D
            New York, New York 10007

                     So Ordered,

                   _____/s/_____

                     **Alvin K. Hellerstein**
                         **United States District Judge**