```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM H. JENNINGS, II,

                        Plaintiff,              18-CV-01793 (AKH)(SN)

          -against-                              ORDER

HUNT COMPANIES, INC., et al.,

                        Defendants.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/2020

**SARAH NETBURN, United States Magistrate Judge**:

Due to a scheduling error, the discovery conference previously set for 2:00 p.m. on Thursday, April 16, 2020, is RESCHEDULED to 3:00 p.m. that same day. At that time, the parties should call (877) 402-9757 and enter access code 7938632.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 13, 2020
         New York, New York