UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM H. JENNINGS, II,

                                         **Plaintiff,**                           **18-CV-01793 (JFK)(SN)**

          -against-                                                   **ORDER**

HUNT COMPANIES, INC., et al.,

                                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        On April 16, 2020, the Court held a discovery conference to discuss the issues raised by the Plaintiff's March 27, 2020 Letter. In addition to the discovery rulings made on the record at that conference, the Court DENIES Plaintiff's motion to compel all unredacted board meeting minutes from January 9, 2017, to March 2, 2018. Based on an *ex parte* review of the board meeting minutes from that time period, the Court is satisfied that Defendants' production is responsive to Plaintiff's request and properly redacted to avoid needless disclosure of sensitive business information that would harm Defendants' competitive position. See, e.g., Lapin v. Goldman, Sachs & Co., 04-cv-236 (RJS)(DFE), 2009 WL 222788, at *3 (S.D.N.Y. Jan. 23, 2009).

**SO ORDERED**.

                                                                                            _____
                                                                                            SARAH NETBURN
                                                                                            United States Magistrate Judge

DATED:       April 20, 2020
                 New York, New York