August 24, 2020

<u>VIA ECF</u>

The Hon. Sarah Netburn
United States Magistrate Judge
Thurgood Marshall
United States Courthouse,
40 Foley Square, Room 430
New York, NY 10007

Re: <u>Jennings v. Hunt Cos, Inc.</u>, 18-cv-01793 (S.D.N.Y.) – Joint Letter re: Summary Judgment

Dear Magistrate Judge Netburn:

In accordance with the Court's June 25, 2020 Order (Dkt. 71), Plaintiff/Counter-defendant William H. Jennings, II ("Jennings" or "Plaintiff") and Defendants/Counter-plaintiffs Hunt Companies, Inc. ("HCI") and Hunt Financial Securities, LLC, ("HFS," and together with HCI, the "Hunt Parties"), by counsel, respectfully submit this joint letter regarding the parties' proposed schedule for the filing of any summary judgment motions.

The parties write to inform the Court that they do not intend to file any summary judgment motions in this matter.

Respectfully submitted,

| SACK & SACK, LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
|---|---|
| */s/ Jonathan S. Sack* | */s/ Alex Spiro* |
| Jonathan S. Sack | Alex Spiro |
| 70 East 55th Street, 10th Floor | 51 Madison Avenue, 22nd Floor |
| New York, NY 10022 | New York, New York 10010 |
| Tel: (212) 702-9000 | Tel: (212) 849-7000 |
| jsack@sackandsack.com | alexspiro@quinnemanuel.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |