UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM H. JENNINGS, II,

                             **Plaintiff,**                                                **18-CV-01793 (SN)**

                     -against-                                                    **ORDER**

HUNT COMPANIES, INC., et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On January 19, 2020, Plaintiff emailed the Court requesting that his Proposed Findings of Fact and Conclusions of Law, ECF No. 84, filed on January 14, 2021, be filed under seal. Plaintiff reports that the document was erroneously filed on the public docket, and he originally intended to file it under seal. By January 25, 2021, Plaintiff shall re-file his Proposed Findings of Fact and Conclusions of Law under seal and shall concurrently file a motion for leave to file the document under seal. Any filing in opposition shall be filed on February 18, 2021, pursuant to this Court's December 9, 2020 Order. The parties are reminded that judicial documents are subject to the presumption of public access. See Bernstein v. Bernstein Litowitz Berger & Grossmann LLP, 814 F.3d 132, 140–41 (2d Cir. 2016). In order to file a judicial document under seal, the Court is required to "make specific, rigorous findings before sealing the document or otherwise denying public access." Id. at 141 (quoting Newsday LLC v. County of Nassau, 730 F.3d 156, 167 n.15 (2d Cir. 2013)).

The Clerk of Court is respectfully directed to strike the document appearing at ECF No. 84 due to an inadvertent filing by the party.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 20, 2021
         New York, New York