UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM H. JENNINGS, II,

                        Plaintiff,                    18-CV-01793 (SN)

      -against-                           **ORDER**

HUNT COMPANIES, INC., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A status conference in this matter is scheduled for Friday, March 12, 2021, at 10:00 a.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

      The Court intends to discuss with the parties whether the trial will be held in person or on a digital platform. If the parties request an in-person trial, the Court will comply with all S.D.N.Y. COVID-related protocols; accordingly, scheduling will likely be based on the availability of a COVID protocol-compliant courtroom. The parties should also be prepared to discuss the number of attorneys, legal staff, parties, and witnesses they anticipate participating in any trial.

**SO ORDERED**.

                                                  SARAH NETBURN
                                                  United States Magistrate Judge

DATED:       March 10, 2021
                 New York, New York