UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

WILLIAM H. JENNINGS, II,

                **Plaintiff,**

     -against-

HUNT COMPANIES, INC., et al.,

                **Defendants.**

-----------------------------------------------------------------X

18-CV-01793 (SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge**:

On April 29, 2021, the parties agreed to a settlement in principle. Accordingly, it is:

ORDERED that this case is dismissed, provided, however, that within 30 days of the date of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored. The Clerk of Court is respectfully directed to close this case.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 29, 2021
               New York, New York